IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ANANDKUMAR NAYEE | : | VIOLATION: |
| ABHIJEETSINH JADEJA | | 18 U.S.C. § 1349 (conspiracy to commit wire fraud) |
|    a/k/a GARY JOSE | : | Notice of forfeiture |
|    a/k/a ARLO HOLE | | |
|    a/k/a ADEN GURR | : | |
|    a/k/a RYAN RAINA | | |
|    a/k/a NILAX PETERS | : | |
|    a/k/a URI DAS | | |
|    a/k/a TEJ NUNES | : | |
|    a/k/a TAPAS PINTO | | |
|    a/k/a YOHAN BELLI | : | |
|    a/k/a RAUL ROY | | |
|    a/k/a SUHITY PEREZ | : | |
| JASON PROPER | | |
|    a/k/a JOSEPH ROY | : | |
|    a/k/a JOSH VAZ | | |
|    a/k/a TROY GIBBS | : | |
|    a/k/a GIBBS TROY | | |
|    a/k/a TOBY HILL | : | |
|    a/k/a TOBY HALL | | |
|    a/k/a DOBY HILL | : | |
|    a/k/a MILO COOL | | |
|    a/k/a KEON COX | : | |
|    a/k/a ACE NEWMAN | | |
|    a/k/a HARVEY SMITH | : | |
|    a/k/a HENRY SMITH | | |
|    a/k/a HENRY BOLTZ | : | |
|    a/k/a KENT JONES | | |
|    a/k/a MATT WHITEMAN | : | |
|    a/k/a CARTER CHASE | | |
|    a/k/a CHASE CARTER | : | |
|    a/k/a LUCAS GIBSON | | |
|    a/k/a JACK RILEY | : | |
|    a/k/a TIMOTHY CARSON | | |
|    a/k/a JAMES COLE | : | |
|    a/k/a NATHAN HALL | | |
|    a/k/a ARTHUR SCOTT | : | |

```
            a/k/a SCOTT ARTHUR
            a/k/a DAVID MILLER              :
            a/k/a CHARLES MOORE
            a/k/a KYLE DAVIS                :
            a/k/a BLAKE REED
            a/k/a JAMIE JONES               :
            a/k/a ROBERT TURNER
AMIT AMIN                                   :
HIMANSHU AMIN
VISHAL PATEL                                :
```

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times materials to this indictment:

1. The Internal Revenue Service ("IRS") was an administrative agency of the United States Department of Treasury responsible for administering and enforcing the tax laws of the United States, including the assessment and collection of federal income taxes.

2. Persons known and unknown to the grand jury, hereafter known as co-conspirator callers, placed international phone calls to taxpayers living in the United States. The coconspirator callers, who were in India, falsely claimed to the taxpayers that they worked for the IRS. The coconspirator callers also falsely claimed that the taxpayers owed the IRS money based on unpaid taxes.

#### Victim Taxpayers and Wires

3. Victim #1 was a taxpayer living in Texas. In January 2016, Victim #1 received a phone call from a coconspirator caller who advised Victim #1 that he owed money to the IRS. Because he was led to believe that the coconspirator caller was an IRS representative, Victim #1 followed the instructions given to him by the coconspirator caller and wired money to various individuals.

2

4. On or about January 11, 2016, and January 12, 2016, Victim #1 sent MoneyGram wire transfers in the amounts of $1,400, $1,400, $1,900, and $1,400 from the state of Texas to the state of Florida to pay this alleged tax debt. Victim #1 sent these wire transfers to defendant JASON PROPER.

5. Victim #2 was a taxpayer living in Indiana. In March 2016, Victim #2 received a phone call from a coconspirator caller who advised Victim #2 that she owed money to the IRS. Because she was led to believe that the coconspirator caller was an IRS representative, Victim #2 followed the instructions given to her by the coconspirator caller and wired money to various individuals.

6. On or about March 29, 2016, Victim #2 sent a MoneyGram wire transfer in the amount of $980 from the state of Indiana to the state of Pennsylvania to pay a part of this alleged tax debt. Victim #2 sent this wire transfer to Keon Cox, an alias of defendant JASON PROPER.

7. On or about March 29, 2016, Victim #2 sent a MoneyGram wire transfer in the amount of $1,000 from the state of Indiana to the state of Pennsylvania to pay a part of this alleged debt. Victim #2 sent this wire transfer to Nilax Peters, an alias of defendant ABHIJEETSINH JADEJA.

8. Victim #3 was a taxpayer living in Arizona. In March 2016, Victim #3 received a phone call from a coconspirator caller who advised Victim #3 that he owed money to the IRS. Because he was led to believe that the coconspirator caller was an IRS representative, Victim #2 followed the instructions given to him by the coconspirator caller and wired money to various individuals.

9. On or about March 30, 2016, Victim #3 sent a MoneyGram wire transfer in the amount of $1,759 from the state of Arizona to the state of Pennsylvania to pay a part of this alleged debt. Victim #3 sent this wire transfer to Keon Cox, an alias of defendant JASON PROPER.

10. On or about March 30, 2016, Victim #3 sent a MoneyGram wire transfer in the amount of $1,970 from the state of Arizona to the state of Pennsylvania to pay a part of this alleged debt. Victim #3 sent this wire transfer to Nilax Peters, an alias of defendant ABHIJEETSINH JADEJA.

11. Victim #4 was a taxpayer living in Massachusetts. In March 2016, Victim #4 received a phone call from a coconspirator caller who advised Victim #4 that she owed money to the IRS. Because she was led to believe that the coconspirator caller was an IRS representative, Victim #4 followed the instructions given to her by the coconspirator caller and wired money to various individuals.

12. On or about March 31, 2016, Victim #4 sent MoneyGram wire transfers in the amounts of $1,326 and $1,142 from the state of Massachusetts to the state of Pennsylvania to pay a part of this alleged debt. Victim #4 sent these wire transfers to Toby Hill, an alias of defendant JASON PROPER.

13. On or about March 31, 2016, Victim #4 sent a MoneyGram wire transfer in the amount of $984 from the state of Massachusetts to the state of Pennsylvania to pay a part of this alleged debt. Victim #4 sent this wire transfers to Uri Das, an alias of defendant ABHIJEETSINH JADEJA.

**Defendants**

14. Defendant JASON PROPER resided in Miami, Florida. Defendant PROPER operated as a runner, that is, he traveled throughout the United States to collect the wire transfer payments sent by various victim taxpayers, including, among others, Victims #1, 2, 3 and 4. As a runner, PROPER used aliases, and other devices to avoid detection by law enforcement.

15. Defendant ABHIJEETSINH JADEJA resided in Miami, Florida. Defendant JADEJA operated as a runner, that is, he traveled throughout the United States to collect the wire transfer payments sent by various victim taxpayers, including, among others, Victims #2, 3 and 4. As a runner, JADEJA used aliases, and other devices to avoid detection by law enforcement. Defendant JADEJA also deposited the wire transfer payments he received, and his co-conspirators received, into a series of bank accounts.

16. Defendant ANANDKUMAR NAYEE resided in Miami, Florida. Defendant NAYEE operated as a runner, that is, he traveled throughout the United States to collect the wire transfer payments sent by various victim taxpayers. Defendant JADEJA deposited the wire transfer payments he received, and his co-conspirators received, into a series of bank accounts.

17. Defendant AMIT AMIN resided in India. Defendant AMIT AMIN had access to bank accounts associated with Optimal Logistics Solutions, VK Management, B Investments, and Vistara Global Trading, as well as bank accounts associated with Person #1 and Person #2. Defendant AMIT AMIN used these bank accounts to receive and move fraud proceeds that were deposited by co-conspirators.

18. Defendant HIMANSHU AMIN resided in Orlando, Florida, and Lilburn, Georgia. Defendant HIMANSHU AMIN had access to bank accounts associated with Optimal

Logistics Solutions, VK Management, B Investments, and Vistara Global Trading, as well as his personal bank accounts and bank accounts associated with Person #1 and Person #2. Defendant HIMANSHU AMIN used these bank accounts to receive and move fraud proceeds that were deposited by co-conspirators.

19. Defendant VISHAL PATEL resided in Orlando, Florida, and Lilburn, Georgia. DEFENDANT PATEL had access to bank accounts associated with Optimal Logistics Solutions, VK Management, B Investments, and Vistara Global Trading, as well as bank accounts associated with Person #1 and Person #2. Defendant PATEL used these bank accounts to receive and move fraud proceeds that were deposited by co-conspirators.

20. Person #1, whose identity is known to the grand jury, had personal bank accounts and an account associated with Vistara Global Trading. At the direction of defendants AMIT AMIN, HIMANSHU AMIN, and VISHAL PATEL, Person #1 wrote checks and made wire transfers that utilized fraud proceeds that were deposited in his bank accounts, in Person #2's bank accounts, and in the Vistara Global Trading bank account.

21. From on or about January 11, 2016, to on or about September 28, 2016, in in the Eastern District of Pennsylvania, and elsewhere, defendants

**ANANDKUMAR NAYEE,**
**ABHIJEETSINH JADEJA,**
**JASON PROPER,**
**AMIT AMIN,**
**HIMANSHU AMIN, and**
**VISHAL PATEL**

together with others, known and unknown to the grand jury, conspired and agreed to commit wire fraud, by devising a scheme to defraud and for obtaining and trying to obtain money and property by means of false and fraudulent pretenses and representations, and for the purpose of

executing the scheme, cause the transmission of wire communications in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

It was part of the scheme that:

22. A group of coconspirators in India ("the coconspirator callers") made phone calls to United States residents (the "victims") and falsely claimed the victims owed money. The callers often pretended they worked for the IRS.

23. The coconspirator callers told the victims how much money they purportedly owed, typically alleging the debt was for delinquent taxes. The callers frequently threatened the fraud victims with arrest if they failed to immediately pay the alleged debt.

24. The coconspirator callers instructed the victims to send money via MoneyGram or Western Union to a person in the United States.

25. A group of coconspirators in the United States, including defendants ANANDKUMAR NAYEE, ABHIJEETSINH JADEJA, and JASON PROPER, received these wire transfers ("the runners"). The runners typically used aliases to collect the wire transfers. The runners traveled throughout the United States as they collected wire transfers to avoid detection by law enforcement. The states where the runners collected wire transfers included, but were not limited to, Florida, Georgia, Pennsylvania, North Carolina, South Carolina, Virginia, Nevada, Tennessee, Missouri, Wisconsin, and Indiana.

26. After receiving the wire transfers, the runners deposited the money into a series of personal and business bank accounts held by other people.

27. The people who held the bank accounts ("the account holders") that received deposits from the runners included those who did, and those who did not, realize they were receiving proceeds of a fraud scheme.

28. A group of coconspirators, including defendants AMIT AMIN, HIMANSHU AMIN, AND VISHAL PATEL, were account holders who did realize they were receiving fraud proceeds. They understood that multiple cash deposits into their accounts from states that included but were not limited to Florida, Georgia, Pennsylvania, North Carolina, South Carolina, Virginia, Nevada, Tennessee, Missouri, Wisconsin, and Indiana, were criminally derived. These account holders often quickly moved the fraud proceeds from their accounts to another bank account.

29. The account holders who did not realize they were receiving fraud proceeds believed the money deposited into their account was part of a lawful transfer of money, known as a hawala, that is common in India.

30. The coconspirator callers caused at least approximately 100 victim taxpayers to pay at least $799,151.60 to coconspirator runners that was deposited into the bank accounts of the account holders.

**OVERT ACTS**

In furtherance of this conspiracy, and to achieve its objects, defendants ANANDKUMAR NAYEE, ABHIJEETSINH JADEJA, JASON PROPER, AMIT AMIN, HIMANSHU AMIN, and VISHAL PATEL, Person #1, and others known and unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

1. On or about January 11, 2016, an unknown coconspirator caller called Victim #1 and falsely alleged that Victim #1 owed tax debt.

2. On or about January 11, 2016, the unknown coconspirator caller caused Victim #1 to wire MoneyGram wire transfers in the amounts of $1,400, $1,400, and $1,900 from the state of Texas to the state of Florida to pay this alleged tax debt. The unknown coconspirator caller caused Victim #1 to direct these wire transfers to defendant JASON PROPER.

3. The unknown coconspirator caller caused Victim #1 to wire a MoneyGram wire transfer in the amount of $1,400 from the state of Texas to the state of Florida to pay this alleged tax debt on or about January 12, 2016. The unknown coconspirator caused Victim #1 to direct this wire transfer to defendant JASON PROPER.

4. On or about March 29, 2016, an unknown coconspirator caller called Victim #2 and falsely alleged that Victim #2 owed tax debt.

5. On or about March 29, 2016, the unknown coconspirator caller caused Victim #2 to wire a MoneyGram wire transfer in the amount of $980 from the state of Indiana to the state of Pennsylvania to pay this alleged tax debt. The unknown coconspirator caused Victim #2 to direct this wire transfer to Keon Cox, an alias of defendant JASON PROPER.

6. On or about March 29, 2016, the unknown coconspirator caller caused Victim #2 to wire a MoneyGram wire transfer in the amount of $1,000 from the state of Indiana to the state of Pennsylvania to pay this alleged debt. The unknown coconspirator caller caused Victim #2 to direct this wire transfer to Nilax Peters, an alias of defendant ABHIJEETSINH JADEJA.

7. On or about March 29, 2016, defendant ABHIJEETSINH JADEJA, using the alias Nilax Peters, received wire transfers from taxpayer victims while inside a CVS Pharmacy in Springfield, Pennsylvania.

8. On or about March 30, 2016, an unknown coconspirator caller called Victim #3 and falsely alleged that Victim #3 owed tax debt.

9. On or about March 30, 2016, the unknown coconspirator caller caused Victim #3 to wire a MoneyGram wire transfer in the amount of $1,759 from the state of Arizona to the state of Pennsylvania to pay this alleged debt. The unknown coconspirator caller caused Victim #3 to direct this wire transfer to Keon Cox, an alias of defendant JASON PROPER.

10. The unknown coconspirator caller caused Victim #3 to wire a MoneyGram wire transfer in the amount of $1,970 from the state of Arizona to the state of Pennsylvania to pay this alleged debt on or about March 30, 2016. The unknown coconspirator caller caused Victim #3 to direct this wire transfer to Nilax Peters, an alias of defendant ABHIJEETSINH JADEJA.

11. On or about March 30, 2016, defendant JASON PROPER, using the alias Keon Cox, received wire transfers from taxpayer victims while inside a CVS Pharmacy in Springfield, Pennsylvania.

12. On or about March 31, 2016, an unknown coconspirator caller called Victim #4 and falsely alleged that Victim #4 owed tax debt.

13. On or about March 31, 2016, the unknown coconspirator caller caused Victim #4 to wire MoneyGram wire transfers in the amounts of $1,326 and $1,142 from the state of Massachusetts to the state of Pennsylvania to pay this alleged debt. The unknown

coconspirator caller caused Victim #4 to direct these wire transfers to Toby Hill, an alias of defendant JASON PROPER.

14. On or about March 31, 2016, the unknown coconspirator caller caused Victim #4 to wire a MoneyGram wire transfer in the amount of $984 from the state of Massachusetts to the state of Pennsylvania to pay this alleged debt. The unknown coconspirator caller caused Victim #4 to direct these wire transfers to Uri Das, an alias of defendant ABHIJEETSINH JADEJA.

15. On or about April 1, 2016, defendant ANANDKUMAR NAYEE deposited fraud proceeds obtained from interstate wire transfers at a Bank of America located at 2 South 69th Street, Upper Darby, Pennsylvania.

16. On or about April 1, 2016, defendant ANANDKUMAR NAYEE deposited fraud proceeds obtained from interstate wire transfers at a Bank of America located at 423 East Girard Avenue, Philadelphia, Pennsylvania.

17. On or about April 1, 2016, defendant ABHIJEETSINH JADEJA deposited fraud proceeds obtained from interstate wire transfers at a Bank of America located at 19th and Market Streets, Philadelphia, Pennsylvania.

18. On or about April 14, 2016, defendant ABHIJEETSINH JADEJA deposited fraud proceeds obtained from interstate wire transfers at a Regions Bank Branch at 3700 Glenwood Avenue, Raleigh, North Carolina. Defendant JADEJA deposited $8,900 into the Optimal Logistics Solutions account.

19. On or about April 14, 2016, defendant ABHIJEETSINH JADEJA deposited fraud proceeds obtained from interstate wire transfers at a Regions Bank Brank at

4900 Falls of Neuse Road, Raleigh, North Carolina. Using the alias Uri Das, defendant JADEJA deposited $9,000 into the Optimal Logistics Solutions account.

20. On or about April 14, 2016, defendant ABHIJEETSINH JADEJA deposited fraud proceeds obtained from interstate wire transfers at a Regions Bank Brank at 4900 Falls of Neuse Road, Raleigh, North Carolina. Using the alias Uri Das, defendant JADEJA deposited $7,620 into the VK Management account.

21. On or about April 15, 2016, defendant VISHAL PATEL withdrew $2,500 of cash from the VK Management account.

22. On or about April 18, 2016, defendants AMIT AMIN, HIMANSHU AMIN, and VISHAL PATEL instructed Person #1 to write a check for $5,000 to another individual utilizing funds from the Optimal Logistic Solutions account.

23. On or about April 21, 2016, defendant VISHAL PATEL wired $9,000 from the Optimal Logistics Solutions account into Person #1's personal account.

24. On or about April 22, 2016, defendants AMIT AMIN, HIMANSHU AMIN, and VISHAL PATEL instructed Person #1 to write a check for $10,000 to another individual utilizing funds from Person #1's personal account.

25. On or about May 1, 2016, defendant VISHAL PATEL sent a check in the amount of $13,111.11 from the Optimal Logistics Solutions account to Shayenal, LLC, referencing the account of defendant AMIT AMIN.

All in violation of Title 18, United States Code, Section 1349.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  As a result of the violation of Title 18, United States Code, Section 1349, set forth in this indictment, defendants

**ANANDKUMAR NAYEE,**
**ABHIJEETSINH JADEJA,**
**JASON PROPER,**
**AMIT AMIN,**
**HIMANSHU AMIN, and**
**VISHAL PATEL**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violation, including, but not limited to the sum of $799,151.60.

2.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

A TRUE BILL:

_____
**GRAND JURY FOREPERSON**

*Ronald Sarack for*
_____
**JENNIFER A. WILLIAMS**
**Acting United States Attorney**

14